DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KEVIN P. DEGEN,**
Appellant,

v.

**SUSAN DEGEN,**
Appellee.

No. 4D2023-1760

[January 11, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael Davis, Judge; L.T. Case No. DVCE13-6674.

Robert P. Frankel of Law Offices of Robert P. Frankel, P.A., Plantation, for appellant.

Edward R. Rumin of Law Office of Edward R. Rumin, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, KUNTZ and ARTAU, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***